**RECEIVED**

JAN 25 2008

Property of U.S. District Court
District of Rhode Island

JANUARY 18, 2008

UNITED STATES V. DUJUAN TAVARES
CASE NUMBER 1:01CR00046-01ML

DEAR CLERK,

THE PURPOSE OF THIS LETTER IS TO ASK YOUR ASSISTANCE IN DETERMINING IF THE RECENT UNITED STATES FEDERAL SENTENCING COMMISSIONS'S RETROACTIVE AMENDMENTS 706 AND 711, WHICH LOWER THE OFFENSE LEVEL IN U.S.S.G. § 2D1.1 FOR CRACK/COCAINE OFFENSES EFFECTS THE AFOREMENTIONED CASE.

YOUR ASSISTANCE IN THIS MATTER WILL BE GREATLY AND WARMLY APPRECIATED, I THEREFORE, THANK YOU IN ADVANCE FOR YOUR ASSISTANCE AND I LOOK FORWARD TO HEARING FROM YOUR OFFICE.

THANK YOU,
DUJUAN TAVARES

DUJUAN TAVARES #05169-070
U.S.P. ALLENWOOD <UNIT 4-B>
P.O.BOX 3000
WHITE DEER, P.A
17887