RECEIVED
MAR 20 2008
Property of U.S. District Court
District of Rhode Island

3-14-08

DEAR MS. WISCHNOWSKY,

I AM WRITING YOU THIS LETTER ASKING TO RECEIVE YOUR HELP BASED ON MY SITUATION. A NEW LAW HAS BEEN PASSED IN THE COURTS FOR FEDERAL INMATES SERVING TIME WITH CRACK COCAINE CHARGES. I WAS SENTENCED IN RHODE ISLAND FEDERAL COURT FOR CRACK COCAINE CHARGES AND I AM NOW SERVING MY TIME IN U.S.P ALLENWOOD. IF POSSIBLE I WOULD LIKE TO KNOW IF I AM ELIGIBLE FOR THE NEW CRACK COCAIN LAW THAT HAS BEEN PASSED. I WOULD ALSO LIKE TO KNOW IF YOU COULD ASSIST ME WITH SOME HELP ON DEALIN WITH THIS ISSUE. I HAVE NO LAWYER OR ANY FUNDS TO RECEIVE A LAWYER INSIDE WITH THIS LETTER IS A COPY OF MY CHARGES THAT I WAS SENTENCED FOR IN FEDERAL COURT.

THANK YOU FOR YOUR TIME, YOU AR APPRECIATED VERY MUCH.

SINCERELY,

Deyuan Tavares

DUJUAN TAVARES
#05169-070
U.S.P. ALLENWOOD (4-B)
P.O. BOX 3000
WHITE DEER, P.A
17887

# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**DUJUAN TAVARES**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **1:01CR00046-01ML**

**Peter P. D'Amico, Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): 1 through 3 of the Indictment.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|

**See next page.**

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).

[ ] Count(s) dismissed on motion of the United States: ___.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: [redacted]

Defendant's Date of Birth: [redacted]

Defendant's USM No.: 05169-070

Defendant's Residence Address:
[redacted]
Providence, RI 02907

Defendant's Mailing Address:
[redacted]
Providence, RI 02907

August 22, 2002
Date of Imposition of Judgment

Mary M. Lisi
Signature of Judicial Officer

MARY M. LISI
United States District Judge
Name & Title of Judicial Officer

August 22, 2002
Date

CASE NUMBER: 1:01CR00046-01ML
DEFENDANT: DUJUAN TAVARES

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Knowingly and intentionally distributing cocaine base | August 22, 2000 | 1 |
| 18 U.S.C. § 2 | Aiding and abetting | August 22, 2000 | 1 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Knowingly and intentionally distributing cocaine base | September 8, 2000 | 2 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Knowingly and intentionally distributing cocaine base | January 23, 2001 | 3 |