UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR01-0046ML |
| | ) | |
| DUJUAN TAVARES | ) | |

MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Now comes Dujuan Tavares, the Defendant in the above captioned matter, and moves this Honorable Court to reduce his sentence pursuant to the retroactive amendment of U.S.S.G. § 2D1.1, in accordance with 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Mr. Tavares submits the attached memorandum of law in support of this motion.

Respectfully submitted
Dujuan Tavares
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Louis Matos, First Assistant United States Attorney, and Kristin Mattias, United States Probation Officer, on April 9, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR01-0046ML |
| | ) | |
| DUJUAN TAVARES | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Mr. Tavares has moved for a reduction of his sentence based on the recent retroactive amendment to the sentencing guidelines. The United States Sentencing Commission amended the guidelines pertaining to cocaine base offenses as of November 1, 2007. That amendment effectively lowered the guidelines by two offense levels. In December, 2007, the Commission made the amendment retroactive and thus creating the potential for lower sentences for individuals already serving sentences for cocaine base convictions.

Mr. Tavares pled guilty to trafficking cocaine base on May 16, 2002. The probation department calculated his guideline range at 140 to 175 months of incarceration. On August 22, 2002, Mr. Tavares appeared before the Court for sentencing and received a low end guideline sentence of 140 months in custody.

According to the Bureau of Prisons, Mr. Tavares is presently scheduled for release in June, 2012. Applying the 2 point decrease in offense level to Mr. Tavares's situation results in a 20 month drop in the low end of the cocaine base guideline range from to 120 months. Mr. Tavares requests the Court to impose the 20 month reduction.

Mr. Tavares is eligible for this reduction and the Court should grant this motion.

Respectfully submitted
Dujuan Tavares
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Louis Matos, First Assistant United States Attorney, and Kristin Mattias, United States Probation Officer, on April 14, 2008.

/s/ Kevin J. Fitzgerald