UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
     v.                            )   CR. No. 01-046 S
                                   )
DUJUAN TAVARES,                    )
          Defendant.               )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

On December 11, 2015, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter.  (ECF No. 42.)  Magistrate Judge Almond recommended that this Court (1) dismiss, with prejudice, the supervised release violation charge pending against Defendant; and (2) that Defendant's tolled term of supervised release conclude as of the date of this Order.  (Id. at 5.)  No objections to the R&R were filed, and the time for doing so has passed.  Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).

The R&R is ADOPTED and

(1) The violation of the terms of Defendant's supervised release is DISMISSED with prejudice; and

      (2)    The tolled term of Defendant's supervised release is concluded effective as of the date of this Order.

IT IS SO ORDERED.

*/s/ William E. Smith*

William E. Smith  
Chief Judge  
Date:  February 5, 2016